1   ADAM PAUL LAXALT
      Attorney General
2   BENJAMIN R. JOHNSON, Bar No. 10632
      Deputy Attorney General
3   State of Nevada
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV  89701-4717
    Tel: (775) 684-1254
6   E-mail:  BJohnson@ag.nv.gov

7   *Attorneys for Defendants*
    *Romeo Aranas, Isidro Baca,*
8   *Candis Brockway, Sheryl Foster,*
    *Jonathan Perry, and Ashley Randolph*

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12   CHRISTOPHER A. JONES,

13                   Plaintiff,              Case No.  3:16-cv-00399-MMD-VPC

14   vs.                                     **DEFENDANTS' MOTION FOR
                                             ENLARGEMENT OF TIME TO RESPOND
15   BRUCE BANNISTER, et al.,                    TO DISCOVERY**

16                   Defendants.

17

18        Defendants, Romeo Aranas, Isidro Baca, Candis Brockway, Sheryl Foster, Jonathan Perry, and

19   Ashley Randolph, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada,

20   and Benjamin R. Johnson, Deputy Attorney General, hereby move for an enlargement of time to serve

21   discover responses.  This is Defendants' first request for an enlargement of time.  This motion is based

22   on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

23              **MEMORANDUM OF POINTS AND AUTHORITIES**

24   **I.     LAW AND ARGUMENT**

25        On November 1, 2017, Plaintiff served approximately sixteen separate discovery requests to

26   Defendants.  These requests included interrogatories, requests for admissions, and requests for production

27   of documents.  Some requests had over 100 separate requests for admission for a single defendant.  Due to

28   the sheer volume of discovery requests, additional time is necessary to respond to discovery.

1   Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

2       When an act may or must be done within a specified time, the court may,
for good cause, extend the time: (A) with or without motion or notice if
3       the court acts, or if a request is made, before the original time or its
extension expires; or (B) on motion made after the time has expired if the
4       party failed to act because of excusable neglect.

5       The proper procedure, when additional time for any purpose is needed, is to present a request

6   for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31

7   F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a

8   showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8

9   F.R.D. 268 (N.D. Ohio 1947).

10       Defendants seek an enlargement of time to -serve responses to discovery. Good cause exists to

11   extend the time to file this motion. Counsel and the paralegal assigned to the Attorney General's Office

12   have been preparing for a week long jury trial set to commence on December 5, 2017, in Case No.

13   3:13-cv-00433-MMD-WGC. Counsel has been heavily engaged in trial preparation and additional time

14   is necessary to complete the discovery responses in this case. Counsel and the assigned paralegal have

15   been unable to coordinate responses with the named parties. Defendants request an additional extension

16   of thirty days to serve discovery responses, up to and including, December 29, 2017.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## II.   CONCLUSION

Based on the foregoing, Defendants respectfully request their motion for enlargement of time is granted and the deadline for serving discovery responses be extended to December 29, 2017.

DATED this 29th day of November, 2017.

ADAM PAUL LAXALT
Attorney General

By: _____
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: _November 30, 2017_

3

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of November, 2017, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY,** by U.S. District Court CM/CFE Electronic Filing on:

Christopher Jones #50600
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

4