1 ADAM PAUL LAXALT
  Attorney General
2 BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
3 State of Nevada
  Bureau of Litigation
4 Public Safety Division
  100 N. Carson Street
5 Carson City, NV 89701-4717
  Tel: (775) 684-1254
6 E-mail: BJohnson@ag.nv.gov

7 *Attorneys for Defendants*
  *Romeo Aranas, Isidro Baca,*
8 *Candis Brockway, Sheryl Foster,*
  *Jonathan Perry, and Ashley Randolph*

9

10 **UNITED STATES DISTRICT COURT**

11 **DISTRICT OF NEVADA**

12 CHRISTOPHER A. JONES,

13           Plaintiff,          Case No. 3:16-cv-00399-MMD-VPC

14 vs.                             **DEFENDANTS' MOTION FOR EXTENSION
                                   OF TIME TO SERVE DISCOVERY
15 BRUCE BANNISTER, et al.,        RESPONSES**

16           Defendants.

17       Defendants, Romeo Aranas, Isidro Baca, Candis Brockway, Sheryl Foster, Jonathan Perry, and

18 Ashley Randolph (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the

19 State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby submit this Motion for

20 Extension of Time to Serve Discovery Responses.  This Motion is based on Federal Rule of Civil

21 Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and

22 pleadings on file in this action.

23            **MEMORANDUM OF POINTS AND AUTHORITIES**

24 **I.**     **RELEVANT PROCEDURAL HISTORY**

25       On November 8, 2017, Plaintiff served discovery requests upon Defendants, including both

26 interrogatories and requests for admission.

27 ///

28 ///

1

## II.    ARGUMENT

Defendants respectfully request a fourteen (14) day extension of time to serve discovery responses.   Counsel for Defendants is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General.   Furthermore, defense counsel is currently in trial in another matter before this Court, *Cross v. Jaeger*, 3:13-cv-00433-MMD-WGC (*see* (ECF No. 518)).   However, such obstacles are currently being resolved, trial in the other case is drawing to a conclusion, and the requested extension of time will afford Defendants adequate time to serve discovery responses in this matter.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for thorough responses to Plaintiff's discovery requests. Defendants' request is made in good faith and not to delay or hinder proceedings in this matter.   The requested fourteen (14) day extension of time will permit Defendants time to adequately research and respond to Plaintiff's discovery requests. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

///

///

///

///

///

///

///

///

///

///

III.   **CONCLUSION**

For the foregoing reasons, Defendants respectfully request a fourteen (14) day extension of time to serve pending discovery responses, with a new deadline for service through Friday, December 22, 2017.

DATED this 8th day of December, 2017.

ADAM PAUL LAXALT
Attorney General

By:   ~~Benjamin R. Johnson~~
      BENJAMIN R. JOHNSON
      Deputy Attorney General
      State of Nevada
      Bureau of Litigation
      Public Safety Division
      *Attorneys for Defendants*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

DATED: December 27, 2017

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of December, 2017, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES,** by U.S. District Court CM/CFE Electronic Filing on:

Christopher Jones #50600
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

4