| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
|   |   Attorney General |
| 2 | IAN E. CARR, Bar No. 13840 |
|   |   Deputy Attorney General |
| 3 | State of Nevada |
|   | Office of the Attorney General |
| 4 | 100 N. Carson Street |
|   | Carson City, Nevada 89701-4717 |
| 5 | (775) 684-1259 (phone) |
|   | E-mail: icarr@ag.nv.gov |
| 6 | |
| 7 | *Attorneys for Defendants* |
|   | *Romeo Aranas, Isidro Baca, Bruce Bannister,* |
|   | *Sheryl Foster, Karen Gedney, Albert Peralta* |
| 8 | *and Ashley Randolph* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | | Case No. 3:16-cv-00399-MMD-VPC |
| Plaintiff, | | |
| vs. | | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BRUCE BANNISTER, et al., | | |
| Defendants. | | |

Plaintiff, Christopher A. Jones, appearing *pro se*, and Defendants, Romeo Aranas, Isidro Baca, Bruce Bannister, Sheryl Foster, Karen Gedney, Albert Peralta and Ashley Randolph (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

1 |     This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 5TH day of SEPT., 2018.     DATED this 10TH day of SEPTEMBER, 2018.

                                            ADAM PAUL LAXALT
                                            Attorney General

By: _____     By: _____
    CHRISTOPHER A. JONES #50600      IAN CARR
    *Plaintiff, Pro Se*                              Deputy Attorney General
                                            Bureau of Litigation
                                            Public Safety Division
                                            *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 10th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of September, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

CHRISTOPHER A. JONES #50600
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTION CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the